

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

DIVISION OF
ENFORCEMENT

# MEMO ENDORSED

October 1, 2025

*Via ECF*
Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> The case is stayed. The SEC is directed to file a status update with the Court within five business days of appropriations being restored.
>
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: October 3, 2025
> New York, New York

Re: *SEC v. Banister*, 24-cv-9308 (ER)

Dear Judge Ramos:

Plaintiff Securities and Exchange Commission ("SEC") respectfully requests that the Court stay this action due to a lapse in federal government appropriations. Defendants David Banister and The Market Analysts Group, LLC ("Defendants") consent to this request.

On October 1, 2025, most SEC personnel will be furloughed (with limited exceptions) and are prohibited from working. SEC counsel assigned to this matter are being furloughed and thus are not available to work on it. Employees are not permitted to work on a voluntary basis when furloughed. *See* 31 U.S.C. § 1342.

Pursuant to the Amended Civil Case Discovery Plan and Scheduling Order ("Amended Scheduling Order") (Dkt. 25), the deadline for completion of non-expert depositions is November 21, 2025. The SEC is presently awaiting the production of additional documents from Defendants and third party witnesses responsive to the SEC's discovery requests and anticipates taking the depositions of approximately six third-party witnesses, in addition to Banister, prior to the November 21 deadline.

In light of the lapse in appropriations and the circumstances discussed above, the SEC respectfully submits that it is appropriate for the Court to adjourn the November 21 deadline for completion of non-expert depositions, and all of the related deadlines in the Amended Scheduling Order, for the number of days during which the lapse in appropriations continues.

Respectfully submitted,

/s/ *Paul G. Gizzi*

Paul G. Gizzi
Jessica S. Quinn

cc: Counsel for Defendants (by ECF)